UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

NORMAN SMALLWOOD,

                                   Plaintiff,           07 Civ. 5711 (JGK)

         -against-

THE CITY OF NEW YORK, et al.,

                                  Defendants.

------------------------------------------------------------------------X

## PROOF OF SERVICE

**ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

I am over 18 years of age and am not a party to this action.

That on June 18, 2007, at 3:45 p.m., at the office of the Corporation Counsel of the City of New York, 100 Church Street, 4th Floor, New York, NY 10007, I served a **Summons and Complaint** upon the City of New York, defendant therein named, by delivering and leaving one true copy of the **Summons and Complaint** with Madelyn Santana personally.  Declarant knew said individual to be authorized to accept service on behalf of defendant City of New York.

Dated:     New York, New York
              June 18, 2007

                                            By:            /s
                                                      Rose M. Weber  (RW 0515)