UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NORMAN SMALLWOOD,

                              Plaintiff,

                        -against-

THE CITY OF NEW YORK, P.O. DAVID
WENZEL, and P.O.s JOHN and JANE DOE #1-10,
individually and in their official capacities, (the
names John and Jane Doe being fictitious, as the true
names are presently unknown),,

                              Defendants.
------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

07-CV-5711 (JGK)

      **PLEASE TAKE NOTICE** that we are the attorneys for defendant City of New York in this action, and demand that all notices and other papers be served upon said defendant at this office.

      **PLEASE ALSO TAKE NOTICE** that **Jennifer Rubin** should be removed from the docket as counsel of record and **Gabriel Harvis** should be added to the docket as counsel of record.

Dated: New York, New York
       January 11, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                         City of New York
                                        *Attorney for Defendant*
                                        100 Church Street, 3-188
                                        New York, New York 10007
                                        (212) 788-1816

                        By: _____
                               GABRIEL HARVIS (GH 2772)
                               Assistant Corporation Counsel

TO:   Rose Weber, Esq. (By ECF)

Index No. 07-CV-5711 (JGK)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORMAN SMALLWOOD,

                       Plaintiff,

-against-

THE CITY OF NEW YORK, P.O. DAVID WENZEL, and P.O.s JOHN and JANE DOE #1-10, individually and in their official capacities, (the names John and Jane Doe being fictitious, as the true names are presently unknown),,

                       Defendants.

## NOTICE OF APPEARANCE

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
Attorney for Defendant
100 Church Street Rm 3-188
New York, N.Y. 10007

*Of Counsel: Gabriel Harvis*
*Tel: (212) 788-1816*
*NYCLIS No. 2007019187*

*Due and timely service is hereby admitted.*

*New York, N.Y. ........................, 2008 . . .*

*................................................Esq.*

*Attorney for...............................................*