



THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**GABRIEL P. HARVIS**
Assistant Corporation Counsel
Phone: (212) 788-1816
Fax: (212) 788-9776
gharvis@law.nyc.gov

January 28, 2008

**BY FAX**
Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

        Re:    Smallwood v. City of New York, et al.
                 07 Civ. 5711 (JGK)(KNF)

Your Honor:

        I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney recently assigned to represent defendants City of New York and David Wenzel in this matter. I write to respectfully request that defendant Wenzel be allowed until February 11, 2008, to answer or otherwise respond to the complaint. Plaintiff's counsel consents to this request.

        Upon information and belief, defendant Wenzel has been served in this action. The undersigned was only recently assigned to this case and the instant application is being made so that representational issues may be resolved and the answer prepared and served. Thus, defendants respectfully request that defendant Wenzel's time to answer or respond to the complaint be extended until February 11, 2008.

        Thank you for your consideration of this request.

                                                  Respectfully submitted,

                                                  Gabriel P. Harvis (GH2772)
                                                  Assistant Corporation Counsel

cc:    Rose Weber, Esq. (by fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/08

1/29/08

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.