```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

NORMAN SMALLWOOD,

                        Plaintiff,          07-CV-5711 (JGK)

    -against-

THE CITY OF NEW YORK, P.O. DAVID          **PARTIALLY REVISED CIVIL**
WENZEL, and P.O.s JOHN and JANE DOE #1-10,   **SCHEDULING ORDER**
individually and in their official capacities, (the
names John and Jane Doe being fictitious, as the true
names are presently unknown),,

                        Defendants
-----------------------------------------------------------X

JOHN G. KOELTL, District Judge:

    **Discovery:** Except for good cause shown, all discovery shall be commenced in time to be completed by April 14, 2008. The Court expects discovery to be completed within 60 days of the first scheduling conference unless, after the expiration of that 60 day period, <u>all</u> counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery.

    **Dispositive Motions:** Dispositive motions, if any, are to be completed by May 5, 2008. The parties are advised to comply with the Court's Individual Practice 2(B) regarding motions, and to submit one fully briefed set of courtesy copies to the Court.

    **Pretrial Order/Motions in Limine:** A joint pretrial order, together with any motions in limine or motions to bifurcate, shall be submitted by May 26, 2008. The pretrial order shall conform to the Court's Form Joint Pretrial Order, a copy of which may be obtained from the Deputy Clerk.

    **Trial:** The parties shall be ready for trial on 48 hours notice on or after June 5, 2008. The estimated trial time is 3 days, and this is a jury trial.

**SO ORDERED.**

Dated: New York, New York
       2/19/08

                                               JOHN G. KOELTL
                                    UNITED STATES DISTRICT JUDGE